PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                        Crim. No. **2:05-cr-329-KJD-LRL**

**DENISE SPRATLEY**

On July 29, 2009, the above named was placed on supervised release for a period of 5 years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

SHEREE D. CORNIEL  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __4__ day of June, 2013

KENT J. DAWSON  
U.S. District Judge